STATE OF NEW JERSEY v. EDWARD KING.

November 17, 1987.

Petition for certification granted.

STATE OF NEW JERSEY v. FRED PAINTER.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES R. SNYDER.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. KIRK WARREN.

November 17, 1987.

Petition for certification granted.

STATE OF NEW JERSEY v. ANTHONY GETCH.

November 17, 1987.

Petition for certification denied.